UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEONARDO ALONSO SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>Respondents. | Case No. 2:25-cv-02152-TMC<br><br>ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED |

On October 30, 2025, Petitioner Leonardo Alonso Sanchez filed a petition for writ of habeas corpus alleging that Respondents had unlawfully subjected him to mandatory detention without the possibility of release on bond under 8 U.S.C. § 1225(b)(2). Dkt. 1. Having reviewed the petition, the Court directs Respondents to show cause why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court orders:

1. Respondents shall file a return to the habeas petition no later than November 7, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED - 1

2. Any traverse Petitioner wishes to file shall be due by November 10, 2025. The clerk shall note the matter for November 10, 2025.

3. Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove him from the United States.

4. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Respondents and shall immediately email a copy of this order to usawaw.Habeas@usdoj.gov.

Dated this 3rd day of November, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED - 2